UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MARK A. DuROSS,

        Petitioner,

vs.

CHERYL PLILER, et al.,

        Respondents.

No. Civ. S 01-1112 WBS PAN P

ORDER

----oo0oo----

On July 23, 2001, the court dismissed this action for petitioner's failure to exhaust available state remedies and the clerk of the court duly entered judgment. Petitioner seeks relief from judgment.

Pursuant to Fed. R. Civ. P. 60(b):

> On motion and upon such terms as are just, the court may relieve a party or a party's legal representative from a final judgment, order or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence

1

which by due diligence could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud (whether heretofore denominated intrinsic or extrinsic), misrepresentation, or other misconduct of an adverse party; (4) the judgment is void; (5) the judgment has been satisfied, released or discharged, or a prior judgment upon which it is based has been reversed or otherwise vacated, or it is no longer equitable that the judgment should have prospective application; or (6) any other reason justifying relief from the operation of the judgment.

Petitioner does not demonstrate he is entitled to relief from judgment.

IT IS THEREFORE ORDERED that petitioner's September 20, 2005 request for trial de novo or to reopen case be, and the same hereby is, DENIED.

DATED: October 13, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2