United States District Court

Eastern District of California

Mark A. DuRoss,

    Petitioner,

vs.

Cheryl Pliler, et al.,

    Respondents.

No. S Civ. 01-1112 WBS PAN P

Order

-oOo-

July 23, 2001, this action was dismissed and judgment was entered. September 20, 2005, petitioner moved for relief from judgment. October 14, 2005, the court denied the motion. Petitioner again moves for relief from judgment. The motion patently is frivolous.

Neither the civil nor the appellate rules authorize multiple, frivolous post-judgment motions.

Accordingly, no action will be taken on petitioner's December 5, 2005, motion or on future filings that do not comply

1 with the federal civil or appellate rules.

2      Dated:  January 24, 2006.

3                                    /s/ Peter A. Nowinski
                                     PETER A. NOWINSKI
4                                    Magistrate Judge

2